ι, *John Caldwell Myers* and *John F. Keating* for appellant.
*Joab H. Banton, District Attorney (Edwin B. McGuire*
of counsel), for respondent.

Judgment of Appellate Division and that of Special
Sessions reversed and defendant discharged on ground
that there was a failure of proof of conscious possession
of a prohibited drug.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

In the Matter of JAMES D. HALL et al., Appellants,
against THE CHATHAM ELECTRIC LIGHT, HEAT AND
POWER COMPANY et al., Respondents.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — boy under eighteen
years of age killed while employed as member of repair gang on electric
wires — claim that father was partially dependent on earnings — claim
for double indemnity.*

*Matter of Hall* v. *Chatham Elec. L., H. & P. Co.*, 220 App. Div.
18, affirmed.

(Argued October 4, 1927; decided October 18, 1927.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the third judicial
department, entered March 3, 1927, unanimously affirm-
ing an award of the State Industrial Board, made under
the Workmen's Compensation Law. Appellants con-
tended that the father was partially dependent upon the
earnings of his son, killed in the course of his employ-
ment as a member of a repair gang repairing wires of a
public service corporation engaged in the manufacture
and distribution of electricity, and hence entitled to com-
pensation under subdivision 4 of section 16 of the Work-
men's Compensation Law; and that the son, being under
eighteen years of age, was killed whilst employed in
violation of the Labor Law, and that under section 14-a
of the Workmen's Compensation Law, claimants are
entitled to double the indemnity prescribed by section
16 of that law.

*Ransom H. Gillett* for appellants.

*Neile F. Towner* and *Walter S. Archibald* for respondents.

*Albert Ottinger, Attorney-General,* for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

In the Matter of ARTHUR PFEIFFER et al., Respondents, against NATHAN SCHWEITZER COMPANY et al., Respondents.

ARMOUR AND COMPANY et al., Appellants; STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — workmen in general employ of one firm injured while repairing plant of another — which chargeable with payment of compensation.*

*Matter of Pfeiffer* v. *Schweitzer Co.,* 219 App. Div. 845, affirmed.

(Argued October 4, 1927; decided October 18, 1927.)

APPEAL from two orders of the Appellate Division of the Supreme Court in the third judicial department, entered March 16, 1927, each affirming an award of the State Industrial Board, made under the Workmen's Compensation Law. Claimants, while in the general employ of Armour and Company, were injured while engaged in repairing a leak in the refrigerating plant of the Schweitzer Company. The question was as to which firm was chargeable with payment of compensation.

*Selig Edelman* for appellants.

*William B. Davis* and *E. C. Sherwood* for Nathan Schweitzer Company et al., respondents.

*Albert Ottinger, Attorney-General,* for State Industrial Board, respondent.

Orders affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

35